SAMUEL ROSENFELD, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Rosenfeld* v. *Long Island R. R. Co.*, 160 App. Div. 884, affirmed.
(Argued January 26, 1916; decided February 22, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department entered December 26, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages resulting from the failure of defendant to deliver two trunks within a reasonable time. The question on appeal was as to the propriety of permitting the plaintiff to recover special damages arising from his inability to perform a contract owing to the non-delivery of the trunks.

*Dominic B. Griffin* and *Joseph F. Keany* for appellant.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.